UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/27/2019
```

------------------------------------------------------------- X

BRAULIO THORNE AND ON BEHALF OF    :
ALL OTHER PERSONS SIMILARLY        :
SITUATED,                          :
                                   :
                        Plaintiff, :         19-cv-977 (VEC)
                                   :
          -against-                :            ORDER
                                   :
                                   :
                                   :
MARQUIS YACHTS, LLC D/B/A CARVER   :
YACHTS,                            :
                                   :
                        Defendant. :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 3, 2019 (Dkt. 9), the parties notified the Court that they had reached

an agreement in principle resolving all issues; and

WHEREAS on June 11, 2019 (Dkt. 10), the Court ordered that this action would be

dismissed with prejudice and without costs (including attorneys' fees) to either party on June 25,

2019, unless one or more parties filed a letter before that date requesting that the action not be

dismissed; and

WHEREAS no party has filed a letter requesting that this action not be dismissed,

IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without

costs (including attorneys' fees) to either party.  The Clerk of Court is respectfully directed to

terminate all open motions and close the case.

**SO ORDERED.**

**Date:  June 27, 2019**                    _____
**New York, New York**                      **VALERIE CAPRONI**
                                            **United States District Judge**